UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OKSANA KOTYK,<br>  aka "Oksana Djevorsky,"<br><br>    Defendant. | SA CR No. 17-<br>SACR17-00058<br>I N D I C T M E N T<br><br>[18 U.S.C. § 1546(a): Fraud and Misuse of Visas, Permits, and Other Documents; 18 U.S.C. § 1001(a)(2): False Statement to a Department or Agency of the United States] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1546(a)]

On or about October 23, 2015, in Orange County, within the Central District of California, defendant OKSANA KOTYK, also known as "Oksana Djevorsky" ("KOTYK"), knowingly made under oath, and as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder. Specifically, in support of her Form I-485, Application to Register Permanent Residence or Adjust Status,

defendant KOTYK knowingly falsely stated under oath to an officer of the United States Department of Homeland Security, United States Citizenship and Immigration Services, that her name was "Oksana Djevorsky," that she was a citizen of Uzbekistan, that she had never been issued a visa from the United States Consulate in Kiev, Ukraine, and that she first entered the United States in June 2001, when in fact, as defendant KOTYK then well knew, her name was not "Oksana Djevorsky," she was not a citizen of Uzbekistan, she had previously been issued a visa from the United States Consulate in Kiev, Ukraine, and she first entered the United States prior to 2001.

COUNT TWO

[18 U.S.C. § 1001(a)(2)]

On or about October 23, 2015, in Orange County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the United States, namely, the United States Department of Homeland Security, United States Citizenship and Immigration Services ("USCIS"), defendant OKSANA KOTYK, also known as "Oksana Djevorsky" ("KOTYK"), knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in that defendant KOTYK told a USCIS officer that her name was "Oksana Djevorsky," that she was a citizen of Uzbekistan, that she had never been issued a visa from the United States Consulate in Kiev, Ukraine, and that she first entered the United States in June 2001. The statements and representations were false because, as defendant KOTYK then knew, her name was not "Oksana Djevorsky," she was not a citizen

//
//

of Uzbekistan, she had previously been issued a visa from the United States Consulate in Kiev, Ukraine, and she first entered the United States prior to 2001.

A TRUE BILL

_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

SANDY LEAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROSALIND WANG
Assistant United States Attorney
Santa Ana Branch Office